**UNITED STATES OF AMERICA**
**MERIT SYSTEMS PROTECTION BOARD**

DIANE WALKER,
　　　　　　Appellant,

　　　v.

OFFICE OF PERSONNEL
　MANAGEMENT,
　　　　　　Agency.

DOCKET NUMBER
DA-844E-13-1253-X-1

DATE: June 24, 2015

# THIS FINAL ORDER IS NONPRECEDENTIAL[*]

<u>Diane Walker</u>, Fresno, Texas, pro se.

<u>Linnette Scott</u>, Washington, D.C., for the agency.

**BEFORE**

Susan Tsui Grundmann, Chairman
Mark A. Robbins, Member

**FINAL ORDER**

¶1　　　The administrative judge issued a January 20, 2015 compliance initial decision granting the appellant's petition for enforcement of the Board's March 24, 2014 order in the underlying appeal, and finding the agency in

---

[*] A nonprecedential order is one that the Board has determined does not add significantly to the body of MSPB case law. Parties may cite nonprecedential orders, but such orders have no precedential value; the Board and administrative judges are not required to follow or distinguish them in any future decisions. In contrast, a precedential decision issued as an Opinion and Order has been identified by the Board as significantly contributing to the Board's case law. *See* 5 C.F.R. § 1201.117(c).

noncompliance with certain terms in the final order. *See* MSPB Docket No. DA-844E-13-1253-I-1, Initial Appeal File, Tab 13, Initial Decision; MSPB Docket No. DA-844E-13-1253-C-1, Compliance Appeal File, Tab 7, Compliance Initial Decision. Thereafter, the parties filed a joint Stipulation and Settlement signed and dated by the agency on April 23, 2015, and by the appellant on May 1, 2015, indicating that "all matters raised in the referenced enforcement action have now been resolved to the mutual agreement and satisfaction of the parties . . . ." *See* MSPB Docket No. DA-844E-13-1253-X-1, Compliance Referral File, Tab 5.

¶2 Finding that withdrawal is appropriate under these circumstances, we DISMISS the petition for enforcement as withdrawn with prejudice to refiling. The initial decision of the administrative judge is final. This is the Board's final decision in this matter. Title 5 of the Code of Federal Regulations, section 1201.113 (5 C.F.R. § 1201.113).

## NOTICE TO THE APPELLANT REGARDING
## YOUR FURTHER REVIEW RIGHTS

You have the right to request review of this final decision by the United States Court of Appeals for the Federal Circuit. You must submit your request to the court at the following address:

United States Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

The court must receive your request for review no later than 60 calendar days after the date of this order. *See* 5 U.S.C. § 7703(b)(1)(A) (as rev. eff. Dec. 27, 2012). If you choose to file, be very careful to file on time. The court has held that normally it does not have the authority to waive this statutory deadline and that filings that do not comply with the deadline must be dismissed. *See Pinat v. Office of Personnel Management*, 931 F.2d 1544 (Fed. Cir. 1991).

If you need further information about your right to appeal this decision to court, you should refer to the federal law that gives you this right. It is found in Title 5 of the United States Code, section 7703 (5 U.S.C. § 7703) (as rev. eff. Dec. 27, 2012). You may read this law as well as other sections of the United States Code, at our website, http://www.mspb.gov/appeals/uscode/htm. Additional information is available at the court's website, www.cafc.uscourts.gov. Of particular relevance is the court's "Guide for Pro Se Petitioners and Appellants," which is contained within the court's Rules of Practice, and Forms 5, 6, and 11.

If you are interested in securing pro bono representation for your appeal to the Court of Appeals for the Federal Circuit, you may visit our website at http://www.mspb.gov/probono for information regarding pro bono representation for Merit Systems Protection Board appellants before the Federal Circuit. The Merit Systems Protection Board neither endorses the services provided by any attorney nor warrants that any attorney will accept representation in a given case.

FOR THE BOARD:                    _____
                                  William D. Spencer
                                  Clerk of the Board

Washington, D.C.